JS-6

Jennifer S. Coleman (State Bar No. 213210)
jcoleman@spencerfane.com
Elaisha Nandrajog (State Bar No. 301798)
enandrajog@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722

Attorneys for Defendant
MCGEE AIR SERVICES, INC.

Aidin D. Ghavimi (Bar No. 305808)
aidin@starpointlaw.com
Benjamin D. Weisenberg (Bar No. 322137)
ben@starpointlaw.com
STARPOINT, LC
15233 Ventura Blvd., Suite PH16
Sherman Oaks, CA 91403
T: (310) 424-9971
F: (424) 255-4035

Attorneys for Plaintiff
MAURICE LEWIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAURICE LEWIS, an individual,

Plaintiff,

v.

MCGEE AIR SERVICES INC; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:25-cv-115554-BFM

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the joint stipulation of the parties and good cause appearing, the action is dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a), and with all parties

to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 10, 2026

By: ______________________________

Hon. Brianna Fuller Mircheff
United States Magistrate Judge